# United States District Court

## *Southern District of Georgia*

Augusta Division

MICHAEL A. HADDLE, )
    Plaintiff, )
vs )  CASE NUMBER  CV196-029

JEANETTE G. GARRISON, )
et al.,
    Defendants.

## NOTICE
partial

You are hereby notified that a motion for summary judgment was filed by

Defendant G. Peter Molloy, Jr.                                    on  May 4, 1999                    .

The motion will be submitted for decision by the Court twenty (20) days after its filing. All pleadings, documentation and/or evidence in opposition to said motion must be filed within the aforementioned twenty (20) day period. Be advised that:

1. Failure to respond shall indicate that there is no opposition to the motion.

2. All material facts set forth by the moving party in that party's statement of material facts will be deemed admitted unless controverted by an opposition statement.

3. The party against whom summary judgment is sought may not rest on allegations in its pleadings alone.

    Default with reference to any of the above may result in final judgment entered without a full trial or any other proceedings.

In cases assigned to Chief Judge Bowen or Judge Alaimo, in accordance with the General Order issued on September 1, 1998, movants are entitled to file one brief supporting their motion, and non-movants are entitled to file one response brief. Absent prior permission of the Court, no party shall file any reply or supplemental response to an opposing party's response to a motion.

This  4th  day of    May    , 19 99 .

cc: Barry J. Armstrong
    Phillip A. Bradley
    David E. Hudson
    J. Patrick Claiborne
    Richard E. Miley
    Charles C. Stebbins, III
    C. Thompson Harley

HENRY R. CRUMLEY, JR., CLERK

BY: *Joseph A. Howell, III*
      Deputy Clerk

88.

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DIST. COURT
AUGUSTA DIV.

1999 MAY -4 P 3: 33

CLERK C. Kellan
SO. DIST. OF GA

| | |
|---|---|
| MICHAEL A. HADDLE, | ) |
| Plaintiff | ) |
| v. | ) CIVIL ACTION NO. |
| JEANETTE G. GARRISON, G. PETER MOLLOY, JR., HEALTHMASTER, INC., CHRISTOPHER GARRISON, individually and as Trustee of certain trusts, | ) CV 196-029 |
| Defendants | ) |

## MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT G. PETER MOLLOY, JR.

Defendant G. PETER MOLLOY, JR. pursuant to Fed. R. Civ. P. 56, hereby moves for Partial Summary Judgment on the state law claims set forth in Count II (Violation of the Georgia RICO Act) and Count III (Tortious Interference) set forth in Plaintiff's Amended Complaint. The grounds for this Motion for Partial Summary Judgment are that there is no genuine issue as to any material fact and Defendant MOLLOY is entitled to judgment as a matter of law. In support of his Motion for Partial Summary Judgment, Defendant relies on the pleadings filed in this case and the opinions and orders of this Court, the Superior Court of Richmond County, Georgia, the Georgia Court of Appeals, and the Georgia Supreme Court. Defendant MOLLOY adopts and incorporates by reference the Brief in Support of Motion for Partial Summary

SUITE 1206
FIRST UNION
BANK BUILDING

LAW OFFICE
J. PATRICK CLAIBORNE, P.C.

(706) 722-8224
AUGUSTA, GEORGIA
30901

Judgment and Statement of Undisputed Material Facts and Conclusions of Law filed by Defendants JEANETTE G. GARRISON, HLM, INC., and CHRISTOPHER GARRISON.

WHEREFORE, Defendant MOLLOY prays that his Motion for Partial Summary Judgment on the State Court claims set forth in Counts II and III of Plaintiff's Amended Complaint be granted.

This 4th day of May, 1999.

_____
J. PATRICK CLAIBORNE
Georgia State Bar No. 126337
Attorney for Defendant
G. PETER MOLLOY, JR.

c:\Files\Molloy\Motion for Partial Summary Judgment

2

SUITE 1206
FIRST UNION
BANK BUILDING

LAW OFFICE

J. PATRICK CLAIBORNE, P.C.

(706) 722-8224
AUGUSTA, GEORGIA
30901

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served a true and exact copy of the within and foregoing **MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT G. PETER MOLLOY, JR.** upon counsel by placing same in a postage paid envelope and depositing in the United States mail to the following:

**ATTORNEYS FOR PLAINTIFF:**

> Charles C. Stebbins, III, Esq.
> Warlick, Tritt & Stebbins
> 699 Broad Street, Suite 1500
> Augusta, GA 30901-1454
>
> Richard E. Miley, Esq.
> P.O. Box 6352
> North Augusta, SC 29841
>
> C. Thompson Harley, Esq.
> Fletcher, Harley & Fletcher
> 429 Walker Street
> Augusta, GA 30901

**ATTORNEYS FOR DEFENDANTS JEANETTE G. GARRISON, HLM, INC., AND CHRISTOPHER GARRISON:**

> Phillip A. Bradley, Esq.
> Barry J. Armstrong, Esq.
> Long, Aldridge & Norman
> 303 Peachtree Street, Suite 5300
> Atlanta, GA 30308
>
> David E. Hudson, Esq.
> Hull, Towill, Norman,
>   Barrett & Salley
> P.O. Box 1564
> Augusta, GA 30903-1564

This 4th day of May, 1999.

_____
J. PATRICK CLAIBORNE

SUITE 1206
FIRST UNION
BANK BUILDING

LAW OFFICE

**J. PATRICK CLAIBORNE, P.C.**

(706) 722-8224
AUGUSTA, GEORGIA
30901

# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DIST. COURT
AUGUSTA DIV.

1999 MAY -4 P 3: 34

CLERK C. Kellar
SO. DIST. OF GA

| | | |
|---|---|---|
| MICHAEL A. HADDLE, | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. |
| JEANETTE G. GARRISON, G. PETER MOLLOY, JR., HEALTHMASTER, INC., CHRISTOPHER GARRISON, individually and as Trustee of certain trusts, | ) | CV 196-029 |
| Defendants | ) | |

**BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
OF DEFENDANT G. PETER MOLLOY, JR.**

## I. BACKGROUND

Plaintiff HADDLE filed a four Count Amended Complaint against Defendants:

a. Count I of Plaintiff's Complaint alleges a conspiracy in violation of 42 U.S.C. Section 1985(2) (The Civil Rights Act of 1871). Specifically, Plaintiff alleges that Defendants JEANNETTE G. GARRISON, G. PETER MOLLOY, JR. and HEALTHMASTER, INC. (n/k/a HLM, INC.) wrongfully terminated his employment at Healthmaster Home Health Care, Inc.

b. Count II alleges a violation of the Georgia Racketeer Influenced and Corrupt Organizations Act. Specifically, Plaintiff alleges that Defendants JEANETTE G. GARRISON, G. PETER MOLLOY, JR. and HLM, INC. wrongfully terminated his employment and John P. O'Neal's employment at Master Health Plan, Inc.

SUITE 1206
FIRST UNION
BANK BUILDING

LAW OFFICE
J. PATRICK CLAIBORNE, P.C.

(706) 722-8224
AUGUSTA, GEORGIA
30901

c.  Count III of Plaintiff's Complaint alleges that Defendants GARRISON, MOLLOY and HLM, INC. tortiously interfered with Plaintiff's employment relationship with Healthmaster Home Health Care, Inc. by causing Plaintiff's termination.

d.  Count IV of Plaintiff's Amended Complaint alleges a fraudulent conveyance by and between Defendant GARRISON, her son, CHRISTOPHER GARRISON, and other named and unnamed parties. Defendant MOLLOY is not named as a Defendant in Count IV.

This Court dismissed Plaintiff's Section 1985(2) claim on the merits and dismissed without prejudice his state law claims. Only two of Plaintiff's state law claims apply to Defendant MOLLOY. The Georgia RICO Act claim and the Tortious Interference claim. The fraudulent conveyance claim (Count IV) does not apply to Defendant MOLLOY.

After this Court dismissed Plaintiff HADDLE's State Court claims, he filed those claims in the Superior Court of Richmond County, Georgia. That Court dismissed his claims. By Order granting Defendant's Motion for Summary Judgment, the Georgia Court of Appeals affirmed the Superior Court. The Supreme Court of Georgia denied Plaintiff's Petition for Certiorari.

Neither this Court nor the Court of Appeals for the Eleventh Circuit of the United States Supreme Court has reinstated Plaintiff's state law claims.

SUITE 1206
FIRST UNION
BANK BUILDING

LAW OFFICE
J. PATRICK CLAIBORNE, P.C.

(706) 722-8224
AUGUSTA, GEORGIA
30901

## II. ARGUMENT AND CITATION TO AUTHORITY

Defendant MOLLOY adopts and incorporates by reference the well-written Brief of Defendants JEANETTE G. GARRISON, HLM, INC., and CHRISTOPHER GARRISON that Plaintiff's state law claims are barred by the doctrine of res judicata. Simply put, Plaintiff has fully litigated his state law claims in the State Courts of Georgia. They have been decided adversely to him. He has had his one bite at the apple and is not entitled to re-litigate those same claims against the same parties in the Federal Courts.

## III. CONCLUSION

Therefore, Defendant MOLLOY should be granted Partial Summary Judgment on the state law claims asserted against him by Plaintiff in Counts II and III of his Amended Complaint.

This 4th day of May, 1999.

_____
J. PATRICK CLAIBORNE
Georgia State Bar No. 126337
Attorney for Defendant
G. PETER MOLLOY, JR.

c:\Files\Molloy\Brief in Support of Motion for Partial Summary Judgment

SUITE 1206
FIRST UNION
BANK BUILDING

LAW OFFICE

J. PATRICK CLAIBORNE, P.C.

(706) 722-8224
AUGUSTA, GEORGIA
30901

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served a true and exact copy of the within and foregoing **BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT G. PETER MOLLOY, JR.** upon counsel by placing same in a postage paid envelope and depositing in the United States mail to the following:

**ATTORNEYS FOR PLAINTIFF:**

>Charles C. Stebbins, III, Esq.
>Warlick, Tritt & Stebbins
>699 Broad Street, Suite 1500
>Augusta, GA 30901-1454
>
>Richard E. Miley, Esq.
>P.O. Box 6352
>North Augusta, SC 29841
>
>C. Thompson Harley, Esq.
>Fletcher, Harley & Fletcher
>429 Walker Street
>Augusta, GA 30901

**ATTORNEYS FOR DEFENDANTS JEANETTE G. GARRISON, HLM, INC., AND CHRISTOPHER GARRISON:**

>Phillip A. Bradley, Esq.
>Barry J. Armstrong, Esq.
>Long, Aldridge & Norman
>303 Peachtree Street, Suite 5300
>Atlanta, GA 30308
>
>David E. Hudson, Esq.
>Hull, Towill, Norman,
>   Barrett & Salley
>P.O. Box 1564
>Augusta, GA 30903-1564

This 4th day of May, 1999.

_____
J. PATRICK CLAIBORNE

SUITE 1206
FIRST UNION
BANK BUILDING

LAW OFFICE
**J. PATRICK CLAIBORNE, P.C.**

(706) 722-8224
AUGUSTA, GEORGIA
30901