IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DIST. COURT
AUGUSTA DIV.
1999 OCT 29 P 3: 48
CLERK C. Keega
SO. DIST. OF GA.

| | |
|---|---|
| MICHAEL A. HADDLE ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION FILE NO. CV-196-029 |
| ) | |
| JEANETTE G. GARRISON, ) | |
| G. PETER MOLLOY, JR., and ) | |
| HEALTHMASTER, INC. a ) | |
| Georgia Corporation ) | |
| ) | |
| DEFENDANTS. ) | |

### DEFENDANT G. PETER MOLLOY, JR.'S
### VOIR DIRE

COMES NOW, G. PETER MOLLOY, Jr. and unless otherwise covered, request the Court to propound the following Voir Dire questions.

1. Have you, or any member of your family, ever been discharged from your job under circumstance that you felt were unfair?

2. Do you think that an employee owes a duty of loyalty to the company for which he works?

3. Have you or anyone you know ever been aware of what you thought was illegal or improper action by an employer? If so, please describe the circumstances.

157.

SUITE 1206
FIRST UNION
BANK BUILDING

LAW OFFICE

J. PATRICK CLAIBORNE, P.C.

(706) 722-8224
AUGUSTA, GEORGIA
30901

4. Have you or anyone you know ever reported what you thought was illegal or improper action by an employer to the government or some other outside party? If so, please describe the circumstances.

5. Have you or anyone you know ever been a witness for the government or any other party related to unlawful or improper action by an employer? If so, please describe the circumstances.

6. Do any of you know each other, work together, or belong to any of the same clubs or churches?

7. Have any of you served together on a jury before this case?

This 27th day of October, 1999.

*[signature]*

J. PATRICK CLAIBORNE
ATTORNEY FOR G. PETER MOLLOY, JR.

OF COUNSEL:

J. PATRICK CLAIBORNE, P.C.
699 Broad Street, Suite 1261
Augusta, Georgia 30901
State Bar No.: 126337

SUITE 1206
FIRST UNION
BANK BUILDING

LAW OFFICE
J. PATRICK CLAIBORNE, P.C.

(706) 722-8224
AUGUSTA, GEORGIA
30901

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served a true and exact copy of the within and foregoing **DEFENDANT'S VOIR DIRE** upon counsel by placing same in a postage paid envelope and depositing in the United States mail to the following:

**ATTORNEYS FOR PLAINTIFF:**

>Charles C. Stebbins, III, Esq. *Hand Delivery*
>Warlick, Tritt & Stebbins
>699 Broad Street, Suite 1500
>Augusta, GA 30901-1454

>Richard E. Miley, Esq.
>P.O. Box 6352
>North Augusta, SC 29841

>C. Thompson Harley, Esq.
>Fletcher, Harley & Fletcher
>429 Walker Street
>Augusta, GA 30901

**ATTORNEYS FOR DEFENDANTS JEANETTE G. GARRISON, HLM, INC., AND CHRISTOPHER GARRISON:**

>Phillip A. Bradley, Esq.
>Barry J. Armstrong, Esq.
>Long, Aldridge & Norman
>303 Peachtree Street, Suite 5300
>Atlanta, GA 30308

>David E. Hudson, Esq.
>Hull, Towill, Norman,
>   Barrett & Salley
>P.O. Box 1564
>Augusta, GA 30903-1564

This 29th day of October, 1999.

_____
J. PATRICK CLAIBORNE

SUITE 1206
FIRST UNION
BANK BUILDING

LAW OFFICE
**J. PATRICK CLAIBORNE, P.C.**

(706) 722-8224
AUGUSTA, GEORGIA
30901