FILED
U.S. DIST. COURT
BRUNSWICK DIV

Nov 17  4 36 PM '99

CLERK D. Chisholm
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MICHAEL A. HADDLE, | Case No. CV196-29 |
| Plaintiff, | |
| vs. | |
| JEANETTE G. GARRISON, et al., | Savannah, Georgia |
| Defendants. | November 5, 1999 |

MOTION FOR SANCTIONS HEARING
BEFORE THE HONORABLE ANTHONY A. ALAIMO
United States District Judge

APPEARANCES:

For the Plaintiff:   CHARLES CLAY STEBBINS, ESQUIRE
                     Warlick, Tritt & Stebbins
                     1500 First Union Bank Building
                     699 Broad Street
                     Augusta, Georgia 30901-1454
                     (706) 722-7543

                     RICHARD E. MILEY, ESQUIRE
                     Post Office box 6352
                     North Augusta, SC 29841
                     (803) 279-9516

Reported By:         Norma Hatfield
                     Official Court Reporter
                     801 Gloucester Street, Rm. 216
                     Post Office Box 1316
                     Brunswick, Georgia 31521-1316
                     (912) 262-9989  FAX (912) 262-9100
                     normah@thebest.net

183