ORIGINAL

FILED
U.S. DIST. COURT
AUGUSTA DIV.

2000 APR 14 P 2:20

BMcCarthy

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL A. HADDLE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | FILE NO. CV196-029 |
| | ) | |
| JEANETTE G. GARRISON, ET AL., | ) | |
| Defendants. | ) | |

(Attorneys' Fees Hearing)

Before:

    Honorable W. LEON BARFIELD,

        United States Magistrate Judge

        at The Federal Courthouse Building,

Augusta, Georgia, on the 15th day of March 2000,

commencing at the hour of 1:05 p.m.

            RICHARD A. DUERINGER,

            CERTIFIED COURT REPORTER

            P. O. BOX 2106

            AUGUSTA, GEORGIA  30903

            (706) 790-6212

344